No. 719. READ, SUPERINTENDENT OF THE NEW JERSEY DEPARTMENT OF WEIGHTS AND MEASURES, *v.* DICKERSON ET AL.
February 17, 1941. *Per Curiam:* The judgment is reversed and the cause is remanded to the District Court for a determination and appropriate findings on the questions whether the jurisdictional amount is involved and whether a case has been made for the granting of an injunction restraining crimi-

nal prosecution. (1) *McNutt* v. *General Motors Acceptance Corp.*, 298 U. S. 178, 188–189; *KVOS* v. *Associated Press*, 299 U. S. 269; (2) *Spielman Motor Sales Co.* v. *Dodge*, 295 U. S. 89; *Beal* v. *Missouri Pacific R. Corp.*, 312 U. S. 45. *Messrs. John Solan* and *Harry A. Walsh* for appellant.